Civil Action No: 18-cv-3491



## PROOF OF SERVICE

Federal Rules of Civil Procedure, Rule 5

STATE OF MARYLAND

On January 28, 2019, I, Michael L. Peterson, mailed the foregoing documents described as: Verified Complaint for Violations for the Fair Debt Collection Practices Act (FDCPA) via Certified Mail, Restricted Delivery, Return Receipt Request with the United States Postal Service (USPS), the envelope was addressed to: Daniel Pesachowitz, Resident Agent, SAMUEL I. WHITE, P.C., 611 Rockville Pike, Suite 100, Rockville, Maryland 20852, on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

SAMUEL I. WHITE, P.C.
c/o Daniel Pesachowitz, Resident Agent
611 Rockville Pike, Suite 100
Rockville, MD 20852

SARA K. TURNER
c/o Daniel Pesachowitz, Resident Agent
SAMUEL I. WHITE, P.C.
611 Rockville Pike, Suite 100
Rockville, MD 20852

JOHN E. DRISCOLL, III
c/o Daniel Pesachowitz, Resident Agent
SAMUEL I. WHITE, P.C.
611 Rockville Pike, Suite 100
Rockville, MD 20852

ARNOLD HILLMAN
c/o Daniel Pesachowitz, Resident Agent
SAMUEL I. WHITE, P.C.
611 Rockville Pike, Suite 100
Rockville, MD 20852

ROBERT H. HILLMAN
c/o Daniel Pesachowitz, Resident Agent
SAMUEL I. WHITE, P.C.
611 Rockville Pike, Suite 100
Rockville, MD  20852


DEENA L. REYNOLDS
c/o Daniel Pesachowitz, Resident Agent
SAMUEL I. WHITE, P.C.
611 Rockville Pike, Suite 100
Rockville, MD  20852


[✓] I declare under penalty of perjury that the above is true and correct.  I am over the age of 18 and not a party to the action.

_____Michael Peterson_____   _____1-29-19_____
Signature                         Date

Michael L. Peterson
3307 Dunwood Ridge Court
Bowie, Maryland 20721

Page 2 of 2

Civil Action No.: GLS-18-3491



MITCHELLVILLE
1500 POINTER RIDGE PL
BOWIE
MD
20716-9998
2309370716
(800)275-8777

01/28/2019                    4:32 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| Vac/Hld Mail | 1 | |
| Pkup | 1 | $8.30 |
| Mail Pickup #:70172620000378216088)  |   |   |
| PM 1-Day (Label) | 1 | $3.50 |
| (Domestic) |  |  |
| (ROCKVILLE, MD 20852) |  |  |
| (Weight:2 lb 5.40 oz) |  |  |
| (Expected Delivery Date) |  |  |
| (Tuesday 01/29/2019) |  |  |
| Certified Mail | 1 | $2.80 |
| (@USPS Certified Mail #) |  |  |
| (70161130000053101322) |  |  |
| Return Receipt | 1 | $14.60 |
| (@USPS Return Receipt #) |  |  |
| (9590940306235183040012) |  |  |

Total                                   $14.60

Credit Card Remitd                     Chip)
(Card Name:MasterCard)
(Card #:XXXXXXXXXXXX4165)
(Account #:8222V)
(Approval #:442)
(Transaction #:41010)
(AID:A0000000041010)
(AL:MasterCard)
(PIN:Not Required)

Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER
TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos
840-5200-0136-003-00027-89068-01
or scan this code with
your mobile device:

or call 1-800-410-7420.
YOUR OPINION COUNTS



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>DANIEL PESACHOWITZ<br>RESIDENT AGENT<br>SAMUEL I. WHITE, P.C.<br>611 ROCKVILLE PIKE, SUITE 100<br>ROCKVILLE, MD 20852 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☒ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9403 0623 5183 0400 12 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☒ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label) | |

PS Form 3811, April 2015 PSN 7530-02-000-9053                Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE    First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Michael L. Peterson
3307 Dunwood Ridge Court
Bowie, MD 20721

USPS TRACKING#


9590 9403 0623 5183 0400 12

ROBERT H. HILLMAN
c/o Daniel Pesachowitz, Resident Agent
SAMUEL I. WHITE, P.C.
611 Rockville Pike, Suite 100
Rockville, MD 20852


DEENA L. REYNOLDS
c/o Daniel Pesachowitz, Resident Agent
SAMUEL I. WHITE, P.C.
611 Rockville Pike, Suite 100
Rockville, MD 20852


[✓] I declare under penalty of perjury that the above is true and correct. I am over the age of 18 and not a party to the action.

_____  _____
Signature                                              Date  1-29-19

Michael L. Peterson
3307 Dunwood Ridge Court
Bowie, Maryland 20721