UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| RENEE L. MCCRAY,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMUEL I. WHITE, P.C.,<br>SARA K. TURNER,<br>JOHN E. DRISCOLL, III,<br>ARNOLD HILLMAN,<br>ROBERT H. HILLMAN and<br>DEENA L. REYNOLDS,<br><br>    Defendants. | Civil Action No. TDC-18-3491 |

**ORDER**

On February 19, 2019, Defendant Samuel I. White, P.C. filed a Motion to Dismiss for Failure to State a Claim (or in the Alternative for Summary Judgment). ECF No. 13. Also on February 19, 2019, Defendants Sara K. Turner, John E. Driscoll, III, Arnold Hillman, Robert H. Hillman, and Deena L. Reynolds filed a Motion to Quash Service of Process. ECF No. 16. However, the Case Management Order states that "[n]o motions may be filed without first seeking a pre-motion conference with the Court." Case Management Order § II.A.1, ECF No. 10. Defendants have not sought a pre-motion conference with the Court.

Accordingly, it is hereby ORDERED that:

1. The Motion to Dismiss for Failure to State a Claim (or in the Alternative for Summary Judgment), ECF No. 13, and the Motion to Quash Service of Process, ECF No. 16, are DENIED WITHOUT PREJUDICE.

2.  Defendants are directed to file a Notice of Intent to File a Motion pursuant to section II.A.2 of the Case Management Order by **March 6, 2019**.

3.  A pre-motion conference is scheduled for **March 7, 2019 at 11:00 a.m.**  Instructions for the call are attached to this Order.

Date:  February 19, 2019

                                                                        /s/
THEODORE D. CHUANG
United States District Judge

A Case Management Conference is scheduled for **March 7, 2019 at 11:00 a.m.** to discuss Defendants' Notices of Intent to File Motions. In addition to the proposed motion, the parties should be prepared to address whether they consent, pursuant to 28 U.S.C. § 636(c), to have all further proceedings before a Magistrate Judge and whether they wish to participate in a mediation session with a Magistrate Judge, whether before, during, or after discovery.  Parties are expected to consult with their clients and confer with each other on these issues in advance of the Pre-Motion Conference and, if possible, present joint views to the Court.

To join the call at the scheduled time:

1. Dial **1-888-557-8511**.
2. Enter access code **3008173**, followed by the # key.  You will then be placed on hold until Chambers dials into the call, at which point you will be prompted to enter a security code.
3. When prompted, enter security code **03071100** followed by the # key.

The call will be recorded, so please do not use speakerphones as they compromise sound quality. Also, we ask that parties not remain on the conference line after the Judge has left the call, to ensure that the line is free for other calls that may be on the Judge's calendar.

Please confirm that you are available for the call by either emailing Chambers or calling Chambers at 301-344-3982.