# SAMUEL I. WHITE, P.C.
**ATTORNEYS AND COUNSELORS AT LAW**
Maryland, Virginia, West Virginia, and Washington DC

611 Rockville Pike, Suite 100
ROCKVILLE, MARYLAND

PHONE (301) 804--3400
FAX (301) 838-1954

February 26, 2019

Robert H. Hillman, Esquire
Direct Dial (301) 804-3385
Email: rhillman@siwpc.com

Hon. Theodore D. Chuang
Judge United States District Court
for the District of Maryland
Federal Courthouse
Greenbelt Division
6500 Cherrywood Lane
Greenbelt, MD 20770

             RE: <u>McCray v Samuel I White PC et al</u>
             Civil Action No 8:18 cv 03491-TDC-GLS
             Our File:  PM 1.01273/4663

Dear Judge Chuang:

  In furtherance of your Order of February 19, 2019 (ECF No. 17), I initially apologize for not first making my request if my intent to file preliminary motions prior to filing the motions I did (ECF Nos 13 and 16) in the instant matter. I candidly misread the docket entry.

  In this regard, the Defendants in the case wish to file their respective Motion to Dismiss, or in the alternative, for Summary Judgment, as well as the individuals Motion to Quash Service of Process on the individually named defendants. As the Defendants have already filed same I was wondering if the Defendants for judicial economy may merely request the Court to have the Motions, as filed reconsidered.. If not I am happy to refile same.

  Secondly, the Court should be aware that the Defendants do not object to the matter being heard by a Magistrate Judge and filed their consent to same.

  Finally, I thought that the Court should be aware that Magistrate Judge A David Copperthite issued an Order granting Summary Judgment in the companion case referenced in Motion to Dismiss on February 26, 2019. <u>Renee McCray v Samuel I White PC et al,</u> ADC-13-1518. That case involves the same foreclosure transaction as in this case. The difference is that this case involves the actual foreclosure sale and only 2 of the named trustees are named as defendants and the remainder, besides myself, are employees of the Defendant Samuel I White P C. As a result of that ruling, based upon res judicata, I believe that the Plaintiff's case may now be moot. For your convenience I am enclosing a copy of the Courts Memorandum opinion and

RE:
Tuesday, February 26, 2019

    Order.

    I look forward to the telephone conference on March 7th so we can get some clarity in this case on how to proceed.

    Thanking you in advance for your courtesy, I remain,

                  Respectfully:

                  SAMUEL I. WHITE, PC

                  Robert H. Hillman

RHH:ee
Enclosures: As stated
Cc: Parties of record