**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| RENEE L. MCCRAY,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMUEL I. WHITE, P.C.,<br>SARA K. TURNER,<br>JOHN E. DRISCOLL, III,<br>ARNOLD HILLMAN,<br>ROBERT H. HILLMAN and<br>DEENA L. REYNOLDS,<br><br>    Defendants. | Civil Action No. TDC-18-3491 |

**NOTICE**

Due to the Court's trial schedule, the March 7, 2019 Case Management Conference is **RESCHEDULED** for **March 25, 2019 at 3:00 p.m.**

In addition to the proposed motion, the parties should be prepared to address whether they consent, pursuant to 28 U.S.C. § 636(c), to have all further proceedings before a Magistrate Judge and whether they wish to participate in a mediation session with a Magistrate Judge, whether before, during, or after discovery. Parties are expected to consult with their clients and confer with each other on these issues in advance of the Pre-Motion Conference and, if possible, present joint views to the Court.

To join the call at the scheduled time:

1. Dial **1-888-557-8511**.
2. Enter access code **3008173**, followed by the # key. You will then be placed on hold until Chambers dials into the call, at which point you will be prompted to enter a security code.
3. When prompted, enter security code **03250300** followed by the # key.

The call will be recorded, so please do not use speakerphones as they compromise sound quality. Also, we ask that parties not remain on the conference line after the Judge has left the call, to ensure that the line is free for other calls that may be on the Judge's calendar.

    Please confirm that you are available for the call by either emailing Chambers or calling Chambers at 301-344-3982.


Date:  March 1, 2019

                           /s/
                        THEODORE D. CHUANG
                        United States District Judge