Renee L. McCray
c/o 109 North Edgewood Street
Baltimore, Maryland 21229

February 26, 2019

Judge Theodore D. Chuang
United States District Court
6500 Cherrywood Lane
Greenbelt, Maryland 20770
Attn: Office of the Clerk

RE: <u>McCray v. Samuel I. White, et al</u>.
    Civil Action No. 18-cv-03491-TDC

Dear Judge Chuang:

    Pursuant to the Case Management Order dated 01/15/2019 (Doc. 5), Plaintiff is submitting this letter requesting permission to file a Motion to extend the service deadline, in order to re-serve the Defendants in the above referenced case. The Plaintiff has attempted to follow the Court's order dated 11/26/2018 concerning effecting service of the summons and Complaint served on the Defendants. It appears that the Defendants are attempting to avoid service. Due to the Plaintiff's inexperience in correctly effecting service and excusable neglect, the Plaintiff is requesting the additional time in order to hire a professional process server, who has experience in perfecting appropriate service pursuant to the local rules and Federal Rules of Civil Procedure (FRCP).

    Therefore, the Plaintiff is requesting permission to file a Motion to extend the time to serve the Defendants in this case in order to properly serve the Defendants, pursuant to the local rules and FRCP and in a manner that is acceptable to the Court. Thanking you in advance for your consideration.

Sincerely,

*Renée L. McC*

Renee L. McCray,
Plaintiff

cc: Robert H. Hillman