BALTIMORE-NIGHT BOX
2019 MAR -7 PM 6:34
U.S. District Court
DISTRICT OF MARYLAND

Renee L. McCray
c/o 109 North Edgewood Street
Baltimore, Maryland  21229

March 7, 2019

United State District Court
6500 Cherrywood Lane
Greenbelt, Maryland
Attn:  Clerk of the Court

___ FILED    ___ ENTERED
___ LODGED  _✓_ RECEIVED

MAR  7 2019

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DROP BOX

RE:  McCray v. Samuel I. White, P.C., et al.
     Civil Action No.:  18-cv-03491-TDC

**TO THE CLERK OF THE COURT:**

Enclosed is a letter I mailed to the court and Defendants on February 27, 2019, via USPS First-Class Priority Mail, to Judge Chuang requesting permission to file a motion to extend the service deadline, in the civil action case referenced above.  Unfortunately, the USPS has not delivered the letter as of yet, therefore, I am resending the document.  I am only informing the court so that there will be no confusion just in case the same document is somehow delivered by USPS at a later date.  I previously sent a copy of the letter to the Defendants counsel, please see the enclosed USPS mailing receipt.  I will be sending another copy of the letter to the Defendants with today's mailing.

If you have any questions, concerning this communication, please contact me immediately at (410) 945-2424.  Thanking you in advance for your assistance in this matter.


Renee L. McCray
Plaintiff

Enclosures

**DUPLICATE LETTER MAILED ON 02/27/2019**

Renee L. McCray
c/o 109 North Edgewood Street
Baltimore, Maryland 21229

BALTIMORE-NIGHT BOX
2019 MAR -7 PM 6:34
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND

February 26, 2019

Judge Theodore D. Chuang
United States District Court
6500 Cherrywood Lane
Greenbelt, Maryland 20770
Attn: Office of the Clerk

_____FILED  _____ENTERED
_____LODGED  _____RECEIVED
MAR 7 2019
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DROP BOX

RE: McCray v. Samuel I. White, et al.
    Civil Action No. 18-cv-03491-TDC

Dear Judge Chuang:

Pursuant to the Case Management Order dated 01/15/2019 (Doc. 5), Plaintiff is submitting this letter requesting permission to file a Motion to extend the service deadline, in order to re-serve the Defendants in the above referenced case. The Plaintiff has attempted to follow the Court's order dated 11/26/2018 concerning effecting service of the summons and Complaint served on the Defendants. It appears that the Defendants are attempting to avoid service. Due to the Plaintiff's inexperience in correctly effecting service and excusable neglect, the Plaintiff is requesting the additional time in order to hire a professional process server, who has experience in perfecting appropriate service pursuant to the local rules and Federal Rules of Civil Procedure (FRCP).

Therefore, the Plaintiff is requesting permission to file a Motion to extend the time to serve the Defendants in this case in order to properly serve the Defendants, pursuant to the local rules and FRCP and in a manner that is acceptable to the Court. Thanking you in advance for your consideration.

Sincerely,

*Renee L. McC[signature]*

Renee L. McCray,
Plaintiff

cc: Robert H. Hillman

Page 1 of 1

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true copy of the foregoing Letter Requesting Permission to File a Motion to Extend the Service Deadline was sent to the following listed below by First Class Mail on February 27, 2019 and March 7, 2019.

Robert H. Hillman
c/o SAMUEL I. WHITE P.C.
611 Rockville Pike, Suite 100
Rockville, MD  20852

*Renee L. McCray*
Renee L. McCray