FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 MAR 21  P 1: 50

CLERK'S OFFICE
AT GREENBELT

BY_____  _____

Renee L. McCray
c/o 109 North Edgewood Street
Baltimore, MD 21229

March 18, 2019

Robert H. Hillman
611 Rockville Pike
Suite 100
Rockville, MD  20852

Re: McCray v. Samuel I White, PC., et al.
    Civil Action No.: 18-cv-3491-TDC
    Response to Correspondence Dated March 4, 2019

Dear Mr. Hillman:

This letter is a response to your correspondence dated March 4, 2019. Unfortunately, I feel many of the issues you want to address with the judge are inappropriate and premature. That being said, I will address the two issues Judge Chuang stated in his Notice that should be addressed:

- Whether the parties consent to a Magistrate Judge; and
- Whether the parties wish to participate in a mediation session with a Magistrate Judge, before, during or after discovery.

For your information, I notified the Clerk of the Court that I did not consent to the proceedings being before a Magistrate Judge. The Court received my decision on 2/08/2019. I do not intend to change my mind. As far as participating in a mediation session, I am open to mediation, however, I feel it should be done after discovery. Also, to answer your question regarding the preferred means of communication, I would like to continue receiving all pleadings, correspondence and other matters via USPS.

Furthermore, since it appears that you are the attorney of record in this case, would you consider waiving service for your clients? This would save everyone unnecessary time and resources. Should you disagree with any of the statements made in this letter, please delineate them in a response in detail and with specificity.

Also, so that a timely response is received before the March 25th telephone conference, I will forward a copy of this letter to Judge Chuang so that he will have my answers to the two questions stated in his Notice, in order to discuss at the March 25th telephone conference.

Thanking you in advance for your cooperation in this matter.

Sincerely,

*Renee L. McC*

Renee L. McCray


cc: Judge Theodore D. Chuang