UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| RENEE L. MCCRAY,<br><br>    Plaintiff,<br><br>v.<br><br>SAMUEL I. WHITE, P.C.,<br>SARA K. TURNER,<br>JOHN E. DRISCOLL, III,<br>ARNOLD HILLMAN,<br>ROBERT H. HILLMAN and<br>DEENA L. REYNOLDS,<br><br>    Defendants. | Civil Action No. TDC-18-3491 |

**ORDER**

On March 25, 2019, the Court held a Case Management Conference. At that Conference, Renee L. McCray clarified on the record that her Complaint proceeds against Defendant Deena L. Reynolds in her capacity as substitute trustee, not in her individual capacity. Based on that information, defense counsel stated on the record that he was accepting service on behalf of all Defendants in this action. McCray's request for an extension of the service deadline, *see* ECF No. 20, is therefore MOOT and all Defendants are deemed SERVED.

For the reasons stated at the Case Management Conference, Defendants are granted leave to file the proposed Motion to Dismiss or, in the Alternative, Motion for Summary Judgment. That Motion will be deemed timely if filed by **April 15, 2019**. McCray's Opposition is due **May 10, 2019**. Defendants' Reply is due **May 24, 2019**. Defendants should include with their Motion a statement reflecting that Defendants have reviewed any issues as to conflict of interest in having

Robert Hillman act as counsel in this case, and that, upon that review, they consent to proceeding with Robert Hillman as counsel.

Date: March 25, 2019

_____
THEODORE D. CHUANG
United States District Judge